### 13080. REEVES *v.* THE STATE.

BLOODWORTH, J. There is no merit in any of the special grounds of the motion for a new trial. The evidence authorized the verdict, and the judge did not err in overruling the motion for a new trial.
        *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
                DECIDED JANUARY 18, 1922.

Indictment for misdemeanor; from Fulton superior court — Judge Humphries. October 28, 1921.

Application for certiorari was denied by the Supreme Court.

*T. C. Battle,* for plaintiff in error.

*John A. Boykin, solicitor-general, E. A. Stephens,* contra.